

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 22, 2024

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Jano Romero-Jimenez*, 24-MJ-773

Dear Judge Krause:

    Jano Romero-Jimenez, the defendant, was charged by complaint on February 22, 2024 with violations of 21 U.S.C. §§ 841 and 846. At the presentment, the Court granted the parties' joint request that the complaint be temporarily sealed. The Court granted the parties subsequent requests to keep the complaint temporarily sealed on March 25, 2024, and June 24, 2024.

    The Government and Defense submit this joint letter to request that the Complaint in this case be unsealed.

                Sincerely,

                DAMIAN WILLIAMS
                United States Attorney

            By: _____
                Shaun E. Werbelow, AUSA
                Southern District of New York
                (914) 993-1962

cc: Jennifer Brown, Defense Counsel

---

APPLICATION GRANTED.

Dated: August 22, 2024

---

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge